UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Twins Folsom Investment, LLC., a California Limited Liability Company; and Does 1-10,<br><br>　　　　　Defendants. | No. 2:13-cv-01804-GEB-DAD<br><br>**ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

　　　　The December 3, 2013 Order to Show Cause, (ECF No. 5), which issued due to Plaintiff's failure to file a status report, continued the status conference in this case to March 3, 2014, and required a status report to be filed no later than fourteen (14) days prior to the scheduling conference. For the second time, no status report was filed as ordered.

　　　　Therefore, each party is Ordered to Show Cause ("OSC") in a writing to be filed no later than March 7, 2014, why sanctions should not be imposed against him/it and/or his/its counsel under Rule 16(f) of the Federal Rules of Civil Procedure for the failure to file a timely status report. The written response shall state whether the party or his/its counsel is at fault, and whether a hearing is requested on the OSC.[1] If a

---

[1] "If the fault lies with the attorney, that is where the impact of sanction should be lodged. If the fault lies with the clients, that is where the impact of the sanction should be lodged." In re Sanction of Baker, 744

1

hearing is requested, it will be held on April 14, 2014, at 9:00 a.m., just prior to the status conference, which is rescheduled to that date and time. A joint status report shall be filed no later than fourteen (14) days prior to the status conference.[2]

      IT IS SO ORDERED.

Dated:  February 26, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985). Sometimes the faults of attorneys, and their consequences, are visited upon clients. Myers v. Shekter (In re Hill), 775 F.2d 1385, 1387 (9th Cir. 1985).

[2] The failure of one or more of the parties to participate in the preparation of a joint status report does not excuse the other parties from their obligation to timely file a status report in accordance with this order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.