UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>         Plaintiff,<br><br>    v.<br><br>Twins Folsom Investment, LLC., a California Limited Liability Company; and Does 1-10,<br><br>         Defendants. | No.  2:13-cv-01804-GEB-DAD<br><br>**ORDER IMPOSING MONETARY SANCTIONS** |

An Order to Show Cause ("OSC") filed on February 27, 2014, directed the parties to explain in a writing to be filed no later than March 7, 2014, why sanctions should not be imposed against them and/or their counsel for the failure to file a status report.[1] (OSC, ECF No. 9.) Neither party has responded to the February 27, 2014 OSC.

Since each party has failed to respond to the OSC and failed to file a timely status report without justification, Dennis Price, Esq. and/or Potter Handy LLP and Samuel K. Swenson and/or The Swenson Law Firm are each sanctioned five hundred

---

[1] This was the second Order to Show Cause issued to Plaintiff for his failure to timely file a status report. (See OSC, December 3, 2013, ECF No. 5.) Plaintiff's counsel, Dennis Price, filed a timely response to the first OSC in which he indicated the first failure to file a status report was due to a "mistake in [his] calendaring system," and that "[m]easures have been taken to prevent calendaring issues in the future." (Pl.'s Resp. to OSC, ECF No. 7.)

1

1  dollars ($500.00). This sanction shall be paid to the Clerk of
2  this Court no later than 4:00 p.m. on March 28, 2014, by a check
3  made payable to the "United States Treasury." Proof of payment
4  shall be filed within five (5) days of payment. This sanction is
5  personal to counsel or his law firm and shall not be transmitted
6  to counsel's clients.
7         IT IS SO ORDERED.
8  Dated:  March 20, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2